# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| TALISMANIC PROPERTIES, LLC, et al. <br> *Plaintiff* <br> v. <br> TIPP CITY, OHIO <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:16-cv-285 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' motion for partial summary judgment is denied; Defendant's motion for summary judgment is granted with regard to all federal claims; judgment is entered in favor of Defendant on Plaintiff's federal claims; Plaintiffs' state law claims remain pending are are hereby remanded to the Common Pleas Court of Miami County, Ohio for further proceedings; and this case is terminated on this Court's docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on a motion for summary judgment

Date: 12/12/17

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk